**Order filed March 5, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00073-CV
_____

### MARTEL BLACK, Appellant

### V.

### LANDMARK INDUSTRIES HOLDINGS LTD., Appellee

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2018-86683**

---

## O R D E R

The notice of appeal in this case was filed January 15, 2020. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **March 16, 2020.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.